# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: § 
§
BRADFORD, CURT J § Case No. 15-09713
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/18/2015 . The undersigned trustee was appointed on 03/18/2015 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $          302,271.71

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 217.39 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]          $          302,054.32

The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  08/17/2015  and the deadline for filing governmental claims was  09/14/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 7,226.31 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 4,000.00 , for a total compensation of $ 4,000.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 09/29/2015                    By:/s/Elizabeth C. Berg, Trustee
                                             Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

Case No:  15-09713  DRC  Judge: DONALD R. CASSLING
Case Name:  BRADFORD, CURT J

For Period Ending: 09/29/15

Trustee Name:  Elizabeth C. Berg, Trustee
Date Filed (f) or Converted (c):  03/18/15 (f)
341(a) Meeting Date:  04/13/15
Claims Bar Date:  08/17/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Chase Checking | 100.00 | 0.00 | | 0.00 | FA |
| 2. Clothing for One Man | 500.00 | 0.00 | | 0.00 | FA |
| 3. 2003 Dodge 1500 Truck | 3,062.00 | 0.00 | | 0.00 | FA |
| 4. SURVIVOR'S BENEFIT FROM WRONGFUL DEATH LAWSUIT (u) | 500,000.00 | 302,271.71 | | 302,271.71 | FA |
| Wrongful Death Lawsuit involving Debtor's daughter was not originally scheduled by Debtor; Debtor amended his schedules to list the asset and initially claimed the property as fully exempt; thereafter, Debtor amended his exemptions to remove the claimed exemption | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $503,662.00  $302,271.71  $302,271.71  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

September 15, 2015--Trustee examined Debtor; analyzed the validity of the Debtor's claimed exemption in the survivor's distribution from the proceeds of a wrongful death claim; Debtor voluntarily amended his exemptions; Trustee reviewed and analyzed claims filed and tax requirements for Estate

Initial Projected Date of Final Report (TFR): 09/30/15    Current Projected Date of Final Report (TFR): 09/30/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| | |
|---|---|
| Case No: | 15-09713  -DRC |
| Case Name: | BRADFORD, CURT J |
| Taxpayer ID No: | *******0389 |
| For Period Ending: | 09/29/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6484  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/15/15 | 4 | KINNALLY FLAHERTY KRENTZ LORAN HODGE & MASUR, PC ATTORNEYS AT LAW, TRUST ACCOUNT 2114 DEERPATH ROAD AURORA, IL 60506 | Surv Benefit WRONGFUL DEATH LAWSUIT | 1242-000 | 302,271.71 | | 302,271.71 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 217.39 | 302,054.32 |

|  | COLUMN TOTALS | 302,271.71 | 217.39 | 302,054.32 |
|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 302,271.71 | 217.39 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 302,271.71 | 217.39 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******6484 | 302,271.71 | 217.39 | 302,054.32 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 302,271.71 | 217.39 | 302,054.32 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Page Subtotals | 302,271.71 | 217.39 |
|---|---|---|---|

| | EXHIBIT C | |
|---|---|---|
| Page 1 | ANALYSIS OF CLAIMS REGISTER | Date: September 29, 2015 |

Case Number:   15-09713
Debtor Name:   BRADFORD, CURT J

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 2100-00 | Elizabeth C. Berg, Trustee c/o Baldi Berg, Ltd. 20 N. Clark Street  #200 Chicago IL  60602 | Administrative | Maximum compensation available to Trustee after adjusting Surplus funds is $7,226.31.  Trustee is voluntarily requesting $3,226.31 less than maximum allowable.  Surplus to Debtor has been increased accordingly. | $4,000.00 | $0.00 | $4,000.00 |
| | Subtotal For Claim Type 2100-00  Trustee Compensation | | | $4,000.00 | $0.00 | $4,000.00 |
| 001 3110-00 | Baldi Berg, Ltd. 20 N. Clark Street, Ste. 200 Chicago, IL 60602 | Administrative | | $1,514.50 | $0.00 | $1,514.50 |
| | Subtotal For Claim Type 3110-00  Attorney for TR Fees (TR Firm) | | | $1,514.50 | $0.00 | $1,514.50 |
| 000001 070 7100-00 | Discover Bank Discover Products Inc PO Box 3025 New Albany, OH 43054-3025 | Unsecured | | $3,087.01 | $0.00 | $3,087.01 |
| 000002 070 7100-00 | Old Second National Bank Attn: Aaron Johnson 92 Frontage Road Sugar Grove, IL 60554 | Unsecured | (2-1) Modified on 5/27/15 to correct creditor's address (dp)   POC states secured amount is unknown; Creditor will receive full value of claim regardless of classification | $59,559.18 | $0.00 | $59,559.18 |
| 000003 070 7100-00 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $2,421.29 | $0.00 | $2,421.29 |
| 000004 070 7100-00 | Capital One, N.A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | (4-1) CREDIT CARD DEBT | $903.21 | $0.00 | $903.21 |
| 000005 070 7100-00 | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | (5-1) Blains Farm & Fleet or GEMB or GECRB | $1,112.65 | $0.00 | $1,112.65 |
| 000006 070 7100-00 | Portfolio Recovery Associates, LLC Suc to CITIBANK NA (SEARS) POB 41067 Norfolk VA 23541 | Unsecured | | $3,360.22 | $0.00 | $3,360.22 |
| | Subtotal For Claim Type 7100-00  General Unsecured 726(a)(2) | | | $70,443.56 | $0.00 | $70,443.56 |
| 999 8200-00 | CURT J BRADFORD 932 EDWARDS ST. AURORA, IL  60505 | Unsecured | Based upon distribution for filed claims and request for administrative fees of Trustee's attorney, Surplus to Debtor amount (after adjusting Trustee compensation) is $222,745.45.  Trustee is voluntarily requesting less than the maximum allowed amount (as adjusted for surplus) by $3,226.31.  As a result, final Surplus to Debtor amount is $225,971.76. | $225,971.76 | $0.00 | $225,971.76 |

Page 2

EXHIBIT C

ANALYSIS OF CLAIMS REGISTER

Date: September 29, 2015

Case Number:   15-09713

Claim Type Sequence

Debtor Name:   BRADFORD, CURT J

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Subtotal For Claim Type 8200-00  Surplus Funds Paid to Debtor | | | $225,971.76 | $0.00 | $225,971.76 |
| | Case Totals: | | | $301,929.82 | $0.00 | $301,929.82 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-09713
Case Name: BRADFORD, CURT J
Trustee Name: Elizabeth C. Berg, Trustee

Balance on hand                    $      302,054.32

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 4,000.00 | $ 0.00 | $ 4,000.00 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 1,514.50 | $ 0.00 | $ 1,514.50 |

Total to be paid for chapter 7 administrative expenses    $    5,514.50

Remaining Balance    $    296,539.82

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 70,443.56  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 3,087.01 | $ 0.00 | $ 3,087.01 |
| 000002 | Old Second National Bank | $ 59,559.18 | $ 0.00 | $ 59,559.18 |
| 000003 | Capital One Bank (USA), N.A. | $ 2,421.29 | $ 0.00 | $ 2,421.29 |
| 000004 | Capital One, N.A. | $ 903.21 | $ 0.00 | $ 903.21 |
| 000005 | Synchrony Bank | $ 1,112.65 | $ 0.00 | $ 1,112.65 |
| 000006 | Portfolio Recovery Associates, LLC | $ 3,360.22 | $ 0.00 | $ 3,360.22 |

Total to be paid to timely general unsecured creditors     $ 70,443.56

Remaining Balance     $ 226,096.26

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 124.50 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 225,971.76 .