# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
 §
BRADFORD, CURT J § Case No. 15-09713
 §
_____Debtor_____ §  _____

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　　　United States Bankruptcy Court
　　　　　219 S. Dearborn Street
　　　　　7th Floor
　　　　　Chicago   IL   60604

　　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
　　　　　10:30 a.m.
　　　　　on Friday, November 20, 2015
　　　　　in Courtroom 240 of the Kane County Courthouse
　　　　　100 South 3rd Street, Geneva, Illinois

　　If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Jeffrey P. Allsteadt_____


*Elizabeth C. Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
BRADFORD, CURT J § Case No. 15-09713
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 302,271.71 |
| and approved disbursements of | $ | 217.39 |
| leaving a balance on hand of[1] | $ | 302,054.32 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 4,000.00 | $ 0.00 | $ 4,000.00 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 1,514.50 | $ 0.00 | $ 1,514.50 |
| Total to be paid for chapter 7 administrative expenses | | $ | 5,514.50 |
| Remaining Balance | | $ | 296,539.82 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 70,443.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 3,087.01 | $ 0.00 | $ 3,087.01 |
| 000002 | Old Second National Bank | $ 59,559.18 | $ 0.00 | $ 59,559.18 |
| 000003 | Capital One Bank (USA), N.A. | $ 2,421.29 | $ 0.00 | $ 2,421.29 |
| 000004 | Capital One, N.A. | $ 903.21 | $ 0.00 | $ 903.21 |
| 000005 | Synchrony Bank | $ 1,112.65 | $ 0.00 | $ 1,112.65 |
| 000006 | Portfolio Recovery Associates, LLC | $ 3,360.22 | $ 0.00 | $ 3,360.22 |

Total to be paid to timely general unsecured creditors    $    70,443.56

Remaining Balance    $    226,096.26

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

  To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 124.50 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

  The amount of surplus returned to the debtor after payment of all claims and interest is $ 225,971.76 .

            Prepared By: /s/_____
                    Elizabeth C. Berg, Trustee

*Elizabeth C. Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Curt J Bradford
     Debtor

Case No. 15-09713-DRC
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: dpruitt     Page 1 of 1     Date Rcvd: Oct 20, 2015
                   Form ID: pdf006     Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2015.

```
db              +Curt J Bradford,    932 Edwards St,    Aurora, IL 60505-2302
23067376       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998-2235)
23366677        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
23067377       +Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
23372628        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
23067378       +Chase Bank USA NA,    PO Box 15298,    Wilmington, DE 19850-5298
23067379       +Chase/Bank One Card Serv,    PO Box 15298,    Wilmington, DE 19850-5298
23067381        Dianna Bradford,    Creek Drive,    Aurora, IL 60505
23067383       +ENHANCRCVRCO,    PO Box 57547,    Jacksonville, FL 32241-7547
23067384       ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                 (address filed with court: Fifth Third Bank,    5050 Kingsley DRMD# 1MOC2N,
                 Cincinnati, OH 45263)
23067386       +Old Second National Bank,    Attn: Aaron Johnson,    92 Frontage Road,
                 Sugar Grove, IL 60554-5486
23067388        Sears Card,    PO Box 6282,    Sioux Falls, SD 57117-6282
23067391       +Universal CD CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
23067382        E-mail/PDF: mrdiscen@discover.com Oct 21 2015 02:41:10     Discover Financial SVC LLC,
                 PO Box 15316,    Wilmington, DE 19850-5316
23307346        E-mail/PDF: mrdiscen@discover.com Oct 21 2015 02:41:10     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
23067385       +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 21 2015 01:42:10      Kohl's Department Store,
                 PO Box 3115,    Milwaukee, WI 53201-3115
23067387        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 21 2015 01:52:43
                 Portfolio Recovery,    120 Corporate Blvd,    Norfolk, VA 23502
23607946        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 21 2015 01:52:08
                 Portfolio Recovery Associates, LLC,    Suc to CITIBANK NA (SEARS),    POB 41067,
                 Norfolk VA 23541
23067389        E-mail/PDF: gecsedi@recoverycorp.com Oct 21 2015 01:52:03     SYNCB/JCP,    PO Box 965007,
                 Orlando, FL 32896-5007
23067390       +E-mail/PDF: gecsedi@recoverycorp.com Oct 21 2015 07:43:00     SYNCB/TJZ CO DC,    PO Box 965015,
                 Orlando, FL 32896-5015
23607295        E-mail/PDF: gecsedi@recoverycorp.com Oct 21 2015 01:52:39     Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                               TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23067380*      +Chase/Bank One Card Serv,    PO Box 15298,    Wilmington, DE 19850-5298
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2015                           Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2015 at the address(es) listed below:

```
              David J. Howard    on behalf of Debtor Curt J Bradford pazuzuhoward@yahoo.com
              Elizabeth C Berg    bergtrustee@baldiberg.com, eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```