# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BRADFORD, CURT J | § | Case No. 15-09713 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Elizabeth C Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 662.00                          Assets Exempt: 3,000.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  70,568.06      Claims Discharged
                                                  Without Payment:  167,840.00

Total Expenses of Administration:  5,731.89

---

   3) Total gross receipts of $ 302,271.71  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 225,971.76  (see **Exhibit 2**), yielded net receipts of $ 76,299.95  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,731.89 | 5,731.89 | 5,731.89 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 235,744.00 | 70,443.56 | 70,443.56 | 70,568.06 |
| **TOTAL DISBURSEMENTS** | $ 235,744.00 | $ 76,175.45 | $ 76,175.45 | $ 76,299.95 |

4) This case was originally filed under chapter 7 on 03/18/2015 . The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/22/2015          By: /s/Elizabeth C Berg, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| SURVIVOR'S BENEFIT FROM WRONGFUL DEATH LAWSUIT | 1242-000 | 302,271.71 |
| **TOTAL GROSS RECEIPTS** | | **$302,271.71** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CURT J BRADFORD | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 225,971.76 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 225,971.76** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | 2100-000 | NA | 4,000.00 | 4,000.00 | 4,000.00 |
| Associated Bank | 2600-000 | NA | 217.39 | 217.39 | 217.39 |
| BALDI BERG | 3110-000 | NA | 1,514.50 | 1,514.50 | 1,514.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,731.89 | $ 5,731.89 | $ 5,731.89 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dianna Bradford;Creek Drive;Aurora, IL 60505 | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 982235 El Paso, TX 79998-2235 | | 1,290.00 | NA | NA | 0.00 |
| | Chase Bank USA NA PO Box 15298 Wilmington, DE 19850 | | 10,705.00 | NA | NA | 0.00 |
| | Chase/Bank One Card Serv PO Box 15298 Wilmington, DE 19850 | | 4,090.00 | NA | NA | 0.00 |
| | Chase/Bank One Card Serv PO Box 15298 Wilmington, DE 19850 | | 17,061.00 | NA | NA | 0.00 |
| | ENHANCRCVRCO PO Box 57547 Jacksonville, FL 32241 | | 602.00 | NA | NA | 0.00 |
| | Fifth Third Bank 5050 Kingsley DRMD# 1MOC2N Cincinnati, OH 45263 | | 124,400.00 | NA | NA | 0.00 |
| | Portfolio Recovery 120 Corporate Blvd Norfolk, VA 23502 | | 3,360.00 | NA | NA | 0.00 |
| | SYNCB/JCP PO Box 965007 Orlando, FL 32896-5007 | | 221.00 | NA | NA | 0.00 |
| | SYNCB/TJZ CO DC PO Box 965015 Orlando, FL 32896 | | 150.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Universal CD CBNA PO Box 6497 Sioux Falls, SD | | 5,961.00 | NA | NA | 0.00 |
| 000003 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 2,205.00 | 2,421.29 | 2,421.29 | 2,421.29 |
| 000004 | CAPITAL ONE, N.A. | 7100-000 | 691.00 | 903.21 | 903.21 | 903.21 |
| 000001 | DISCOVER BANK | 7100-000 | 3,000.00 | 3,087.01 | 3,087.01 | 3,087.01 |
| 000002 | OLD SECOND NATIONAL BANK | 7100-000 | 58,555.00 | 59,559.18 | 59,559.18 | 59,559.18 |
| 000006 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 3,453.00 | 3,360.22 | 3,360.22 | 3,360.22 |
| 000005 | SYNCHRONY BANK | 7100-000 | NA | 1,112.65 | 1,112.65 | 1,112.65 |
| | CAPITAL ONE BANK (USA), N.A. | 7990-000 | NA | NA | NA | 4.28 |
| | CAPITAL ONE, N.A. | 7990-000 | NA | NA | NA | 1.60 |
| | DISCOVER BANK | 7990-000 | NA | NA | NA | 5.46 |
| | OLD SECOND NATIONAL BANK | 7990-000 | NA | NA | NA | 105.25 |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7990-000 | NA | NA | NA | 5.94 |
| | SYNCHRONY BANK | 7990-000 | NA | NA | NA | 1.97 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 235,744.00 | $ 70,443.56 | $ 70,443.56 | $ 70,568.06 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 15-09713 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C Berg, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | BRADFORD, CURT J | | | Date Filed (f) or Converted (c): | 03/18/15 (f) |
| | | | | 341(a) Meeting Date: | 04/13/15 |
| For Period Ending: | 12/22/15 | | | Claims Bar Date: | 08/17/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Chase Checking | 100.00 | 0.00 | | 0.00 | FA |
| 2. Clothing for One Man | 500.00 | 0.00 | | 0.00 | FA |
| 3. 2003 Dodge 1500 Truck | 3,062.00 | 0.00 | | 0.00 | FA |
| 4. SURVIVOR'S BENEFIT FROM WRONGFUL DEATH LAWSUIT (u) Wrongful Death Lawsuit involving Debtor's daughter was not originally scheduled by Debtor; Debtor amended his schedules to list the asset and initially claimed the property as fully exempt; thereafter, Debtor amended his exemptions to remove the claimed exemption | 500,000.00 | 302,271.71 | | 302,271.71 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $503,662.00 | $302,271.71 | | $302,271.71 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

October 1, 2015:  TFR filed and scheduled for hearing 11-20-15.

September 15, 2015--Trustee examined Debtor; analyzed the validity of the Debtor's claimed exemption in the survivor's distribution from the proceeds of a wrongful death claim; Debtor voluntarily amended his exemptions; Trustee reviewed and analyzed claims filed and tax requirements for Estate

Initial Projected Date of Final Report (TFR): 09/30/15      Current Projected Date of Final Report (TFR): 09/30/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 15-09713 -DRC | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|
| Case Name: | BRADFORD, CURT J | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6484 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0389 | | |
| For Period Ending: | 12/22/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/15/15 | 4 | KINNALLY FLAHERTY KRENTZ LORAN HODGE & MASUR, PC ATTORNEYS AT LAW, TRUST ACCOUNT 2114 DEERPATH ROAD AURORA, IL 60506 | Surv Benefit WRONGFUL DEATH LAWSUIT | 1242-000 | 302,271.71 | | 302,271.71 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 217.39 | 302,054.32 |
| 11/30/15 | 001001 | Elizabeth C. Berg, Trustee c/o Baldi Berg, Ltd. 20 N. Clark Street #200 Chicago IL 60602 | Trustee Compensation | 2100-000 | | 4,000.00 | 298,054.32 |
| 11/30/15 | 001002 | Baldi Berg, Ltd. 20 N. Clark Street, Ste. 200 Chicago, IL 60602 | Attorney for TR Fees (TR Firm) | 3110-000 | | 1,514.50 | 296,539.82 |
| 11/30/15 | 001003 | Discover Bank Discover Products Inc PO Box 3025 New Albany, OH 43054-3025 | Claim 000001, Payment 100.18% | | | 3,092.47 | 293,447.35 |
| | | | Claim 3,087.01 | 7100-000 | | | |
| | | | Interest 5.46 | 7990-000 | | | |
| 11/30/15 | 001004 | Old Second National Bank Attn: Aaron Johnson 92 Frontage Road Sugar Grove, IL 60554 | Claim 000002, Payment 100.18% | | | 59,664.43 | 233,782.92 |
| | | | Claim 59,559.18 | 7100-000 | | | |
| | | | Interest 105.25 | 7990-000 | | | |
| 11/30/15 | 001005 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Claim 000003, Payment 100.18% | | | 2,425.57 | 231,357.35 |

Page Subtotals 302,271.71 70,914.36

Ver: 19.05a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-09713 -DRC | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|
| Case Name: | BRADFORD, CURT J | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6484 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0389 | | |
| For Period Ending: | 12/22/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/15 | 001006 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim         2,421.29          7100-000<br>Interest           4.28          7990-000<br>Claim 000004, Payment 100.18% | | | 904.81 | 230,452.54 |
| 11/30/15 | 001007 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim          903.21          7100-000<br>Interest           1.60          7990-000<br>Claim 000005, Payment 100.18% | | | 1,114.62 | 229,337.92 |
| 11/30/15 | 001008 | Portfolio Recovery Associates, LLC<br>Suc to CITIBANK NA (SEARS)<br>POB 41067<br>Norfolk VA 23541 | Claim         1,112.65          7100-000<br>Interest           1.97          7990-000<br>Claim 000006, Payment 100.18% | | | 3,366.16 | 225,971.76 |
| 11/30/15 | 001009 | CURT J BRADFORD<br>932 EDWARDS ST.<br>AURORA, IL  60505 | Claim         3,360.22          7100-000<br>Interest           5.94          7990-000<br>Surplus Funds | 8200-002 | | 225,971.76 | 0.00 |

Page Subtotals            0.00         231,357.35

Ver: 19.05a

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 10)

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-09713 -DRC | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|
| Case Name: | BRADFORD, CURT J | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6484  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0389 | | |
| For Period Ending: | 12/22/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  | COLUMN TOTALS | | 302,271.71 | 302,271.71 | 0.00 |
|  |  |  | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
|  |  |  | Subtotal | | 302,271.71 | 302,271.71 | |
|  |  |  | Less:  Payments to Debtors | | | 225,971.76 | |
|  |  |  | Net | | 302,271.71 | 76,299.95 | |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
|  | Checking Account (Non-Interest Earn - ********6484 | 302,271.71 | 76,299.95 | 0.00 |
|  | | ---------------------- | ---------------------- | ---------------------- |
|  | | 302,271.71 | 76,299.95 | 0.00 |
|  | | ============= | ============= | ============= |
|  | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 19.05a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*